IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DALLAS SMITH,**

**Plaintiff,**

**vs.**                                                              **NO. 10 CV 518 MV/WDS**

**THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO,**
as Trustee of The University of New Mexico
Healthsciences Center, **LEVI CHAVEZ,**
a University of New Mexico Hospital Security Officer,
and **FIVE UNKNOWN UNIVERSITY
OF NEW MEXICO HOSPITAL SECURITY OFFICERS,**

**Defendants.**

## SCHEDULING ORDER

In accordance with the Civil Justice Expense and Delay Reduction Plan adopted in compliance with the Civil Justice Reform Act, and pursuant to Title 28 U.S.C. § 473(a)(1), this case was assigned to a "**standard**" track classification. As a result of the status conference held August 30, 2010, good cause having been found, the termination date for discovery is **January 31, 2011** and discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause. This deadline shall be construed to require that discovery be <u>completed</u> on or before the above date. Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadline. A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadline. The pendency of dispositive motions shall not stay discovery.

Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **February 10, 2011**. See D.N.M.LR-Civ 7 for motion practice requirements and timing of responses and replies.

This deadline shall not be construed to extend the twenty-day time limit in D.N.M.LR-Civ. 26.6.

Dispositive motions shall be filed with the Court and served on the opposing party by **March 1, 2011.** If documents are attached as exhibits to motions, affidavits or briefs, those parts of the exhibits that counsel want to bring to the attention of the Court must be highlighted in accordance with D.N.M.LR-Civ. 10.6.

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **May 25, 2011**; Defendant to Court on or before **June 6, 2011**. Counsel are directed that the Pretrial Order will provide that no witnesses except rebuttal witnesses whose testimony cannot be anticipated, will be permitted to testify unless the name of the witness is furnished to the Court and opposing counsel no later than thirty (30) days prior to the time set for trial. Any exceptions thereto must be upon order of the Court for cause shown.

SO ORDERED this 9th day of September, 2010.

**W. DANIEL SCHNEIDER**
**United States Magistrate Judge**